AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
NOV 22 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Maria HERNANDEZ | ) Case No. MO:13-MJ-0500 |
| Leocadio CARRILLO-Gonzales | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/16/2013__ in the county of __Ector__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Conspire to possess with intent to |
| 21 USC 846 | distribute a quantity of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
Justin Olberding-Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __11/22/2013__

City and state: Midland, Texas

_____
Judge's signature
David Counts-US Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Justin R. Olberding, having been duly sworn, depose and state: I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Midland, Texas, Resident Office. As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws. I have been a Special Agent of the DEA since December of 2010, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

Prior to my employment with the DEA as a Special Agent, I was employed by the Kansas Highway Patrol as a Trooper for approximately four years. Since July 2006, I have participated and supported numerous narcotic investigations involving the illegal manufacturing, possession, sale, distribution and importation of many different types of controlled substances. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies.

The following information is based upon your Affiant's personal knowledge as well as information provided by other federal, state and local officers and is presented as probable cause to charge the herein named subjects. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

The DEA Midland Resident Office (MRO) is investigating methamphetamine distributors operating in West Texas. On November 16, 2013, MRO personnel received information regarding a possible 6 pound methamphetamine delivery in Odessa, Texas. During consensually recorded cellular telephone calls MRO received information, from an individual identified as "Wedo," that a gold in color vehicle with an unknown Hispanic female driver was in Odessa, Texas with 6 pounds of methamphetamine. A subsequent recorded cellular phone call to 480-427-5956 utilized by the unknown Hispanic female negotiated a meet location of Love's Truck stop on I-20 and West County Road, Odessa, Texas to deliver the 6 pounds of methamphetamine.

1

MRO personnel established surveillance at the Love's Truck stop, Odessa, Texas. MRO personnel observed a Hispanic female and Hispanic male, later identified as Maria HERNANDEZ and Leocadio CARRILLO-Gonzales exit a gold Nissan Armada bearing Arizona License Plate BCX9257, approach a Hispanic male and appear to converse for approximately 5 minutes. The Hispanic Male and Nissan Armada then departed the west parking lot of the Love's truck stop and moved to the east parking lot, where both vehicles parked beside each other facing west. Surveillance identified HERNANDEZ and CARRILLO-Gonzales exit the Nissan Armada and approach the Hispanic male. HERNANDEZ and CARRILLO-Gonzales then returned to the Nissan Armada and opened the rear passenger door. HERNANDEZ and CARRILLO-Gonzales removed multiple packages from the Nissan Armada and appeared to place the packages in the passenger seat of the Hispanic males vehicle. The Hispanic male Escalade then departed the Love's Truck stop and surveillance was maintained on the Hispanic male. HERNANDEZ and CARRILLO-Gonzales then re-entered the Nissan Armada and departed south on West County Road. An Ector County SO Deputy then conducted a traffic stop on the Nissan Armada and identified CARRILLO-Gonzales and HERNANDEZ through an Arizona Driver's License photograph. CARRILLO-Gonzales and HERNANDEZ were released pending further investigation.

MRO personnel maintained surveillance on the Hispanic male and conducted a consensual encounter. During the consensual encounter MRO personnel received consent to search the Hispanic male's vehicle and located and seized approximately 6 pounds of methamphetamine.

Based on these facts, your Affiant believes that probable cause exists to show that Leocadio CARRILLO-Gonzales and Maria HERNANDEZ did conspire to possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. 841 (a)(1) and 21 U.S.C. 846.

Justin R. Olberding
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on this 22nd day of November, 2013.

David Counts
United States Magistrate Judge
Western District of Texas

2