**FILED**

**DEC 18 2013**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>V.<br><br>1.) ANGEL ENRIQUE RUBIO-LOPEZ,<br>2.) MARIA HERNANDEZ,<br>3.) LEOCADIO CARRILLO-GONZALES,<br><br>　　　　Defendants. | CRIMINAL NO.<br>INDICTMENT **MO13CR-344**<br><br>[Vio: 21 U.S.C. § 846 -<br>Conspiracy;<br>21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. § 846]

Beginning on or about November 1, 2013 and continuing until on or about November 21, 2013, in the Western District of Texas, the District of Arizona, and elsewhere, the Defendants,

1.) ANGEL ENRIQUE RUBIO-LOPEZ,
2.) MARIA HERNANDEZ,
AND
3.) LEOCADIO CARRILLO-GONZALES,

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

A TRUE BILL

**Original signed by the foreperson of the Grand Jury**

FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

AUSTIN M. BERRY

Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO13CR-344**

| | | |
|---|---|---|
| UNSEALED | | |
| COUNTY: ECTOR | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: December 18, 2013 | MAG CT #:MO-13-MJ-499 | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: AUSTIN M. BERRY | |
| DEFENDANT:1.) ANGEL ENRIQUE RUBIO-LOPEZ | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: | INTERPRETER NEEDED   LANGUAGE: | |

DEFENSE ATTORNEY:
**Jeffrey Parras**
Law Offices of Jeff Parras
908 West Wall Street
Midland, TX 79701
(432) 687-1606
jparras@parraslaw.net        EMPLOYED

DEFENDANT IS: Detained

| | |
|---|---|
| DATE OF ARREST: November 21, 2013 | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; 21 USC 841(a)(1) & (b)(1)(A) - possession with intent to distribute .

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
S/A Justin Olberding
Drug Enforcement Administration
1004 N. Big Spring St., Suite 225
Midland, Texas 79701

WDT-Cr-3

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR-344

| | | |
|---|---|---|
| UNSEALED | | |
| COUNTY: ECTOR | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: December 18, 2013 | MAG CT #: MO-13-MJ-500 | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: AUSTIN M. BERRY | |
| DEFENDANT: 2.) MARIA HERNANDEZ | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: | INTERPRETER NEEDED   LANGUAGE: | |
| DEFENSE ATTORNEY: | | |
| DEFENDANT IS: Detained | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; 21 USC 841(a)(1) & (b)(1)(A) - possession with intent to distribute. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>S/A Justin Olberding<br>Drug Enforcement Administration<br>1004 N. Big Spring St., Suite 225<br>Midland, Texas 79701 | | |

WDT-Cr-3

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR-344

| UNSEALED | | |
|---|---|---|
| COUNTY: ECTOR | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: December 18, 2013 | MAG CT #:MO-13-MJ-500 | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: AUSTIN M. BERRY | |
| DEFENDANT: 3.) LEOCADIO CARRILLO-GONZALES | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP:            INTERPRETER NEEDED   LANGUAGE:

DEFENSE ATTORNEY:

DEFENDANT IS: Not Yet Arrested

DATE OF ARREST:                                                              BENCH WARRANT: XXX

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; 21 USC 841(a)(1) & (b)(1)(A) - possession with intent to distribute .

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
S/A Justin Olberding
Drug Enforcement Administration
1004 N. Big Spring St., Suite 225
Midland, Texas 79701

WDT-Cr-3