IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
DEC 18 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

V.

2.) MARIA HERNANDEZ
3.) LEOCADIO CARRILLO-GONZALES

CRIMINAL NO. MO-13-CR-

MO13CR-344

ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named Defendant(s), it is hereby ORDERED that warrant(s) be issued for the arrest of said Defendant(s), returnable instanter to the Midland-Odessa Division of this Court.

Defendant(s)

2.) MARIA HERNANDEZ
3.) LEOCADIO CARRILLO-GONZALES

*Bond to be set at time Defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office.

ENTERED at Midland, Texas, this 18th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE